**Chapter 13 Trustee**

**Kathy A. Dockery**

801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

# NOTICE OF INTENT TO PAY POSTPETITION FEES AND COSTS

Juan Carlos Cisneros

## Case Number LA24-20439-DS

### ATTORNEY: RAYMOND PEREZ, ESQ

You are hereby given notice that the Chapter 13 Trustee will begin disbursing payments to the creditor identified below for postpetition fees and costs filed with the bankruptcy court on 6/27/25.  Please note that your plan may be rendered infeasible by this claim.

If you dispute the creditor's post petition fees and costs, you must file with the Bankruptcy Court, and serve on all appropriate parties, a Motion to Disallow the Payment of Postpetition Fees And Costs to stop any payment for the fees and costs.  Any motion to dispute the payment of these fees and cost must be filed immediately as time is of the essence.

If you are represented by an attorney, please contact and consult with your attorney as soon as possible.

| | |
|---|---|
| **Case No.**: | LA24-20439-DS |
| **Debtor(s)**: | Juan Carlos Cisneros |
| **Court Claim Register #**: | 4 |
| **Name of Payee**:: | **LAKEVIEW LOAN SERVICING, LLC** |
| **Account Number**: | 5826 |
| **Claim Amount**: | $300.00 |
| **Date Notice was Filed**: | 6/27/25 |

Sincerely,

Kathy A. Dockery
Chapter 13 Trustee

Date: 7/2/25